**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:25-cv-10206-LJC |
| Plaintiff, | |
| vs. | Honorable Lisa J. Cisneros |
| JOHN DOE subscriber assigned IP address 98.51.16.20, | [~~PROPOSED~~] **ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |
| Defendant. | GRANTED AS MODIFIED |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for February 26, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until June 21, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for February 26, 2026 is continued to July 23, 2026 at 1:30 p.m.  A case management statement is due July 16, 2026.

**DONE AND ORDERED**.

Dated: _February 17, 2026_          By: _____

**United States Magistrate Judge**
Hon. Lisa J. Cisneros

1

[~~Proposed~~] Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 3:25-cv-10206-LJC